```
PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>RYAN KING,<br><br>      Defendant. | CASE NO. 2:21-CR-00102 KJM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING<br><br>DATE: May 4, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

   Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Alexis Klein, and defendant Ryan King, both individually and by and through his counsel of record, Hootan Baigmohammadi, hereby stipulate as follows:

   1. The defendant was arraigned on a petition filed regarding alleged violations of the terms and conditions of his supervised release on April 27, 2023.  The Court then set a preliminary hearing date of May 4, 2023.

   2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 24, 2023, at 2:00 p.m., before the duty Magistrate Judge.  The parties stipulate that a hearing on May 24, 2023, satisfies the requirement of Rule 32.1 that a hearing be promptly conducted.  The parties need additional time to investigate and prepare for the hearing.  The parties have consulted with probation regarding this date, to ensure probation's availability.

IT IS SO STIPULATED.

Dated: May 3, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated: May 3, 2023

/s/ HOOTAN BAIGMOHAMMADI
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Counsel for Defendant
Ryan King

## [~~PROPOSED~~] ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing and satisfies Federal Rule of Criminal Procedure 32.1. Accordingly, the date of the preliminary hearing is extended to May 24, 2023, at 2:00 p.m.

IT IS SO ORDERED.

Dated: May 3, 2023

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE