1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. King
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        ) Case No. 2:21CR102-KJM
11                                  )
           Plaintiff,                ) **STIPULATION TO VACATE PRELIMINARY**
12                                  ) **HEARING AND REQUEST ADMIT/DENY**
         vs.                         ) **HEARING;** [PROPOSED FINDINGS AND
13                                  ) ORDER]
   RYAN KING,                        )
14                                  ) Date:  May 24, 2023
           Defendant.                ) Time:  2:00 p.m.
15                                  ) Judge: Hon. Jeremy D. Peterson

16                           **I.**

17                       **STIPULATION**

18  1. The Court previously set this matter for a preliminary hearing to take place on May 24,
19     2023.
20  2. The parties have reached a resolution in this case and request that the Court vacate the
21     preliminary hearing. The parties have consulted with probation and probation concurs.
22  3. The defendant hereby waives the preliminary hearing pursuant to Federal Rule of
       Criminal Procedure 32.1(b)(1)(A).
23
    4. The parties further request that the Court set an admit/deny hearing for June 26, 2023 at
24     9:00 a.m before Judge Mueller. Mr. Baigmohammadi has reviewed Judge Mueller's
25     calendar and she is available.
26  IT IS SO STIPULATED.
27  //
28  //

1  //

2  //

3                                              Respectfully submitted,

4                                              HEATHER E. WILLIAMS
Federal Defender

5  Date: May 22, 2023                    */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. King

9

10 Date: May 22, 2023                    PHILLIP A. TALBERT
United States Attorney

11

12                                              */s/ Alexis Klein*
ALEXIS KLEIN
Assistant United States Attorney

13                                              Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 23, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge