UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>RYAN KING,<br><br>             Defendant. | No. 2:21-CR-00102-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |
|---|---|

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release RYAN KING;

Case No. 2:21-CR-00102-KJM, from custody for the following reasons:

    ___Release on Personal Recognizance

    ___Bail Posted in the Sum of $

                   __ Unsecured Appearance Bond

                   __ Appearance Bond with 10% Deposit

                   __ Appearance Bond with Surety

                   __ Corporate Surety Bail Bond

    _X_ (Other): <u>Time Served</u>.

Issued at Sacramento, California on __8/14/23__, at __9:28 a.m.__

_____
Kimberly J. Mueller
United States District Judge